No. 94–1660. AMERICAN AIRLINES, INC. *v.* LOCKWOOD. C. A. Fed. Cir. Motion of American Intellectual Property Law Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 94–8729. BENNIS *v.* MICHIGAN. Sup. Ct. Mich. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 94–1457. DeCELL & ASSOCIATES, INC. *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. C. A. 5th Cir. Certiorari denied.

No. 94–1509. SMOLLEN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–1519. DAVID LIPSCOMB UNIVERSITY *v.* STEELE ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1628. GOULD *v.* SMITH, TRUSTEE OF MIAMI CENTER LIQUIDATING TRUST, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–1651. SIMMONS *v.* HINSON, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–1675. CITY OF UPPER ARLINGTON ET AL. *v.* VITTITOW ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–1676. NORTH CAROLINA *v.* PENDLETON. Sup. Ct. N. C. Certiorari denied.

No. 94–1677. LEHTINEN ET UX. *v.* HARSTAD. Ct. App. Minn. Certiorari denied.